*Affects confirmed plan.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael Blair<br>　　　　　　　　　Debtor<br>WELLS FARGO BANK, N.A.<br>　　　　　　　　　Movant<br>　　　v.<br>Michael Blair<br>William C. Miller, Esquire<br>　　　　　　　　　Respondents | Chapter 13 Proceeding<br><br>16-15389 ELF |

### STIPULATION IN SETTLEMENT OF
### DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY BETWEEN
### DEBTOR AND WELLS FARGO BANK, N.A.

Secured creditor WELLS FARGO BANK, N.A. and Debtor hereby stipulate the following in settlement of Debtor's Motion to Approve Sale of Real Property:

1. Movant's mortgage lien will be paid in full from the proceeds of the Sale of the property located at 3574 East Thompson Street, Philadelphia, PA 19134 at the time of closing; and any Payoff Figure used at the time of closing must be dated no longer than thirty (30) Days prior to the closing date.

2. Any Sale for less than the full payoff of Movant's lien shall be subject to final approval by WELLS FARGO BANK, N.A..

3. The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_/s/ Brad J. Sadek_　　　　　　　　　　　　　　Date: 10/15/19
Brad J. Sadek, Esquire
Attorney for Debtor

/s/ Jill Manuel-Coughlin, Esquire　　　　　　　Date: 10/16/2019
Jill Manuel-Coughlin, Esquire
Attorney for Movant

_/s/ William C. Miller_　　　　　　　　　　　　Date: 10/18/19
William C. Miller, Esquire　NO OBJECTION
Trustee　　　　　　　　*without prejudice to any
　　　　　　　　　　　　trustee rights and remedies.

On this ___ day of _____, 2019, approved by the Court.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　Eric L. Frank